IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**JOSH WILLBANKS & PHYLLIS WILLBANKS,**
**On Behalf of Themselves &**
**All Others Similarly Situated**                                                           **PLAINTIFFS**

**VS.**                          **CASE NO. 4:23-cv-04009-SOH**

**HOWARD MEMORIAL HOSPITAL**                                                  **DEFENDANT**

### JOINT RULE 26(f) REPORT

The plaintiffs, Josh Willbanks and Phyllis Willbanks ("Plaintiffs"), and the defendant, Howard Memorial Hospital ("HMH" or "defendant"), submit this Joint Rule 26(f) Report pursuant to the Court's Initial Scheduling Order (Doc. 6):

(1) **Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a):** The parties agree on September 15, 2023 for initial disclosures; otherwise none.

(2) **Date when mandatory disclosures were or will be made:** The parties will make mandatory disclosures on or before September 15, 2023.

(3) **Subjects on which discovery may be needed:**

    (a) All evidence regarding factual issues raised in the complaint.

    (b) All evidence regarding factual issues supporting defendant's defenses to complaint.

    (c) All evidence supporting plaintiff's theories of liability in complaint.

    (d) All evidence supporting plaintiff's claims for damages in complaint.

    (e) All evidence concerning plaintiff's allegations concerning class certification.

**(4)    Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.  If so:**

**Whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;**

The parties anticipate production of electronic or computer-based media. The parties believe disclosure and production will be limited to data reasonably available to the parties in the ordinary course of business and will conform to the Federal Rules.

**The anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;**

The parties believe disclosure and production will be limited to data reasonably available to the parties in the ordinary course of business.

**The format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;**

The parties agree to confer in good faith on format and media for production and procedures for production.

**Whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;**

The parties have taken reasonable measures to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise.

**Other problems which the parties anticipate may arise in connection with electronic or computer-based discovery:**

At this time, the parties do not anticipate any problems arising in connection with electronic or computer-based discovery.

**(5)** **<u>Date by which discovery should be completed</u>:**

February 21, 2023.

**(6)** **<u>Any needed changes in limitations imposed by the Federal Rules of Civil Procedure</u>:**

None.

**(7)** **<u>Any orders, e.g., protective orders, which should be entered</u>:**

If a protective order becomes necessary, the parties agree to confer in good faith and jointly file a proposed order for the Court's consideration in accordance with the Court's procedure.

**(8)** **<u>Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action</u>:**

None.

**(9)** **<u>Any objections to the proposed trial date [June 24, 2024]</u>:**

None.

**(10)** **<u>Proposed deadline for joining other parties and amending the pleadings</u>.**

December 15, 2023.

**(11)** **<u>Proposed deadline for completing discovery</u>: <u>Completion of all Discovery</u>:** February 21, 2023. **Mandatory expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2), shall be made in accordance with the following schedule:**

<u>Case-in-Chief Expert Disclosures on Complaint</u>:

December 15, 2023.

<u>Rebuttal Expert Disclosures</u>: January 15, 2024.

(12) **Proposed deadline for filing motions other than motions for class certification:**

Summary judgment motions: March 24, 2024

All other motions except motions in limine: May 1, 2024.

Motions in limine: June 1, 2024.

*/s/ Josh Sanford, with permission by*
*William A. Waddell, Jr.*
Josh Sanford
Ark. Bar No. 2001037
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas, 72211
Phone: (501) 221-0088
Fax: (888) 787-2040
Josh@sanfordlawfirm.com

*Attorneys for Plaintiffs*

*/s/ William A. Waddell, Jr.*
WILLIAM A. WADDELL, JR.
ARK. BAR ID NO. 84154
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3493
Telephone:  501-370-1510
waddell@fridayfirm.com

*Attorneys for Defendant*