IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**JOSH WILLBANKS & PHYLLIS WILLBANKS,**
**individually and on behalf of**
**all others similarly situated**                                                                                              **PLAINTIFF**

VS.                                  Case No. 4:23-cv-04009-SOH

**HOWARD MEMORIAL HOSPITAL**                                                          **DEFENDANT**

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed by and between the parties hereto, by their counsel and pursuant to FRCP 41(a)(1)(ii), that the above-captioned case has settled, and this action should be dismissed with prejudice, with each party to bear its own costs.

Dated: March 7, 2024                                                          Respectfully submitted,

**SANFORD LAW FIRM, PLLC**                                  **FRIDAY, ELDREDGE & CLARK, LLP**

*/s/ Josh Sanford*                                                               */s/ William A. Waddell, Jr.*
Josh Sanford (2001037)                                               William A. Waddell, Jr. (84154)
Kirkpatrick Plaza                                                             400 West Capitol Avenue, Suite 2000
10800 Financial Centre Pkwy, Suite 510              Little Rock, Arkansas 72201-3493
Little Rock, Arkansas, 72211                                     Telephone: (501) 370-1510
Phone: (501) 221-0088                                               Email: waddell@fridayfirm.com
Josh@sanfordlawfirm.com

*Attorneys for Plaintiff*                                                 *Attorneys for Defendant*

1